IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | Civil No. 3:15-cv-464 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 17th day of October, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge